# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

|                                                |     |                            |
| ---------------------------------------------- | --- | -------------------------- |
| Derrick Allen                                  | )   |                            |
| *Plaintiff/Petitioner*                         | )   |                            |
| v.                                             | )   | Civil Action No. 1:19CV689 |
| Ted Wire, Erik McConchie, Casey Humphries Etc.. | )   |                            |
| *Defendant/Respondent*                         | )   |                            |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

I am not employed but am seeking employment.

My gross pay or wages are: $ _____ 0.00 , and my take-home pay or wages are: $ _____ 0.00 per

*(specify pay period)* _____ n/a _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
| --- | --- | --- |
| (a) Business, profession, or other self-employment | ☑ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☑ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

From working with various of employers I have made less than $5,000.00. And any money that has been provided to I from family and associates in the form of a Gift I have not been keeping Count, but if I was to give an estimate I would say less than $3,000.00. And I have no idea if my family will continue to provide money to me.

4. Amount of money that I have in cash or in a checking or savings account: $ _____ 0.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

I do not own a automobile, real estate, stock, bonds, security, Trust , jewelry, art work or any other financial instrument or value.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

I am homeless.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Derrick Allen jr. ; son. I contribute nothing as of this moment because I have no job or steady source of income to provide for my son

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

yes, I owe Duke regional an outstanding bill of $721.21; Santander Consumer USA $2,700.00; Care credit $379.00 and there are other bills, I suspect.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 07/12/2019

_____
*Applicant's signature*

Derrick Allen
_____
*Printed name*