IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERRICK ALLEN,            )
                          )
         Plaintiff,       )
                          )
     v.                   )       1:19CV689
                          )
TED WIRE, et al.,         )
                          )
         Defendants.      )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on August 10, 2020, was served on the parties in this action. (Docs. 32, 33.) Plaintiff objected to the Recommendation. (Doc. 34.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination, which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the motion to dismiss (Doc. 13) is granted in part and denied in part, as follows: the Title VII, ADEA, and Fourteenth Amendment claims are DISMISSED, but the Section 1981 claims may proceed.

                              /s/   Thomas D. Schroeder
                              United States District Judge

September 16, 2020