IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DERRICK ALLEN,                    )
                                  )
          Plaintiff,              )
                                  )
     v.                           )    1:19CV689
                                  )
TED WIRE, et al.,                 )
                                  )
          Defendants.             )
```

### ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on August 29, 2022, was served on the parties in this action. (Docs. 69, 70.) Plaintiff filed an objection to the Recommendation, and Defendants responded. (Docs. 71, 72.)

Plaintiff has failed in his objection to articulate any challenge to any proposed finding or recommendation of the Magistrate Judge's Recommendation, and thus the court need not conduct a de novo review. 28 U.S.C. § 636(b)(1)(C). The court has appropriately reviewed the Recommendation and has made a determination in accord with the Magistrate Judge's Recommendation. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment (Doc. 62) is GRANTED, and this action is DISMISSED.

A Judgment dismissing this action will be entered contemporaneously with this Order.

/s/ Thomas D. Schroeder<br>United States District Judge

September 19, 2022